# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE H. ALVAREZ,** | NO. ED CV 11-01587-VBF-DTB |
| Petitioner, | |
| v. | **RULE 58 JUDGMENT** |
| R. LOPEZ (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is hereby entered in favor of respondent R. Lopez (Warden) and against petitioner Jorge H. Alvarez.

DATED:   May 23, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE